## STATE v. BROOKS

No. 132P88.

Case below: 86 N.C. App. 232.

Petition by defendant (Necholo Harvey) for writ of certiorari to the North Carolina Court of Appeals denied 5 May 1988.

## STATE v. DANIELS

No. 87P88.

Case below: 77 N.C. App. 460.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 5 May 1988.

## STATE v. DIAZ

No. 159P88.

Case below: 88 N.C. App. 699.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 5 May 1988.

## STATE v. HAYES

No. 105PA88.

Case below: 88 N.C. App. 749.

Supersedeas and temporary stay dissolved 5 May 1988.

## STATE v. NORMAN

No. 161P88.

Case below: 89 N.C. App. 384.

Petition by Attorney General for writ of supersedeas and temporary stay allowed 18 April 1988.